UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CRIMINAL NO. 05-30 L

JUAN GUERRERO, a/k/a Pawtucket

## ASSENTED TO MOTION FOR CONTINUANCE

Now comes the Defendant, Juan Guerrero, by and through counsel, and respectfully requests that this Honorable Court vacate the Jury Trial Calendar call in the above-referenced matter presently scheduled for July 6, 2005 and reschedule the Jury Trial Calendar call for a date in September of 2005 or any other time this Honorable Court deems proper. In support of his request the Defendant states as follows:

1. That this matter is currently scheduled for a Jury Trial Calendar call on July 6, 2005;

2. That the undersigned recently received the Government's offer of a plea agreement on June 23, 2005;

3. That the Government has recently provided critical Discovery in the above-entitled case. The Discovery provided by the Government is in the form of CD-ROMS. The Discovery provided on the CD-ROMS is available to the Defendant and counsel solely via desktop computer and/or laptop computer. The Wyatt Detention Center does not presently have a desktop computer and/or laptop computer available for use by the Defendant and counsel. The CD-ROMS cannot be played via a conventional CD-ROM player;

4. Defendant's counsel is in the process of attempting to secure permission from the Wyatt Detention Center to introduce into the Wyatt Detention Center a laptop computer so that the Defendant may review and hear alleged telephone conversations pertaining to the above-referenced Indictment;

5. In the alternative, defense counsel shall attempt to record the phone conversations from his office computer and transfer the phone conversations from the CD-ROMS provided by the Government to audiotape and provide the audiotape to the Defendant for the Defendant's review;

6. That the Defendant hereby Waives his Right to a Speedy Trial and asserts his rights under U.S.C. title 18 section 3161 and requests additional time to prepare against the present Indictment;

7. That the Government (A.U.S.A. Stephen Dambruch) assents to the relief requested herein.

WHEREFORE, your Defendant, by and through his counsel, respectfully requests that this Honorable Court vacate the Jury Trial Calendar call presently scheduled for July 6, 2005 and re-schedule the matter for a Jury Trial Calendar call in September of 2005 or any other time this Honorable Court deems proper and grant such other and further relief as may be deemed just and proper.

Respectfully submitted,
Defendant, Juan Guerrero
By and through his attorney,

Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 272-7277
(401) 454-5557 {fax}

**CERTIFICATION**

I, the undersigned, do hereby certify that I mailed a true copy of the within Motion to Stephen Dambruch, A.U.S.A., Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on this 22nd day of June, 2005.