UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CRIMINAL NO. 05-30 L

JUAN GUERRERO, a/k/a Pawtucket

## ASSENTED TO MOTION FOR CONTINUANCE

Now comes the Defendant, Juan Guerrero, by and through counsel, and respectfully requests that this Honorable Court vacate the Jury Trial Calendar call in the above-referenced matter presently scheduled for July 6, 2005 and reschedule the Jury Trial Calendar call for a date in September of 2005 or any other time this Honorable Court deems proper. In support of his request the Defendant states as follows:

1. That this matter is currently scheduled for a Jury Trial Calendar call on July 6, 2005;

2. That the undersigned recently received the Government's offer of a plea agreement on June 23, 2005;

3. That the Government has recently provided critical Discovery in the above-entitled case. The Discovery provided by the Government is in the form of CD-ROMS. The Discovery provided on the CD-ROMS is available to the Defendant and counsel solely via desktop computer and/or laptop computer. The Wyatt Detention Center does not presently have a desktop computer and/or laptop computer available for use by the Defendant and counsel. The CD-ROMS cannot be played via a conventional CD-ROM player;

Granted - excludable time.
Ronald R. Lagueux
Sr. USDJ 7/6/05