UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER:** 05-30L **DATE:** 9/21/05
**TITLE OF CASE:** US v. Juan Guerrero

**SENIOR JUDGE:** **Ronald R. Lagueux**

**COURTROOM CLERK:** **Barbara J. Gilfillan**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **n/a**
**PROBATION: Dennis Jenkins**

---

**COUNSEL PRESENT**

Government: Stephen Dambruch

Defendant: Matthew Smith

---

**PROCEEDINGS:** **Change of Plea hearing held; defendant present and sworn in; guilty plea entered and accepted; sentencing December 13, 2005 at 10:00 am**