**UNITED STATE DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR NO: 05-30L** |
| | : | |
| **JUAN GUERRERO a/k/a Pawtucket** | : | |

## NOTICE OF APPEAL OF SENTENCE

NOTICE IS HEREBY GIVEN that Defendant, Juan Guerrero, hereby appeals the sentence imposed on him on December 13, 2005, in the above-entitled matter.

Respectfully Submitted,
Juan Guerrero,
Pro Se

X Juan Guerrero

Juan Guerrero
Wyatt Detention Center
950 High Street
Central Falls, Rhode Island 02863

## CERTIFICATION

I, the undersigned do hereby certify that I mailed a true copy of the within Notice of Appeal to Stephen Dambruch, A.U.S.A., Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on this 20th day of December, 2005.

Natalia M[illegible]