UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

December 21, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: ***CR 05-30L***

Dear Mr. Donovan:

Enclosed herewith you will find the RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Barbara J. Gilfillan
DEPUTY CLERK

ENC: Certified Docket