Juan Guerrero
950 High Street
Central Falls, RI 02863

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United Of America
Plaintiff

V.

Juan Guerrero
Defendant

Case No. 05-00030-01L

**NOTICE OF APPEAL**

**COMES NOW** the defendant, Juan Guerrero, pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this court on December 13, 2005 at 10:00 AM; by the Honorable Judge Ronald R. Lagueux.

Respectfully Submitted this 19th day of December, 2005.

JUAN GUERRERO

Juan Guerrero/Defendant

Copy mailed this 19th day of December, 2005 to each of the following:

Assistance U.S. Atorney
Stephen G. Dambruch, Esq.
50 Kennedy Plaza 8th Floor
Providence, RI 02903

Mathew B. Smith
1206 Westminster Street
Providence, RI 02909