UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

December 21, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: ***CR 05-30L***

Dear Mr. Donovan:

Enclosed herewith you will find the RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court

*Barbara J. Gilfillan*
DEPUTY CLERK

ENC: Certified Docket

Susan Pedrazza
05-1047

David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette Dube
Chief Deputy

December 27, 2005

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Boston, Ma. 02109

Re: Our file no. 05-30L (USA v. Juan Guerrero)

Dear Mr. Donovan:

Please find an additional notice of appeal. This record was sent on 12/21/05.

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk

RECEIVED
DEC 2 8 2005
By U.S. Court of Appeals

Susan Pedrazza
06-1063