05-30

# United States Court of Appeals
## For the First Circuit

No. 06-1047

UNITED STATES

Appellee

v.

JUAN GUERRERO, a/k/a Pawtucket

Defendant - Appellant

**JUDGMENT**
**Entered: January 18, 2006**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 06-1063.

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

By______________________
Operations Manager

[cc: Matthew B. Smith, Esq., Stephen G. Dambruch, Esq. and Juan Guerrero]