05-30
USDC/RI
Judge Lagueux

MANDATE

# United States Court of Appeals

## For the First Circuit

No. 06-1047

UNITED STATES

Appellee

v.

JUAN GUERRERO, a/k/a Pawtucket

Defendant - Appellant

**JUDGMENT**
**Entered: January 18, 2006**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 06-1063.

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

By________________________
Operations Manager

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1-18-06

[cc: Matthew B. Smith, Esq., Stephen G. Dambruch, Esq. and Juan Guerrero]