**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No.: 05-30-01L** |
| | : | |
| **JUAN GUERRERO** | : | |

**DEFENDANT'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR A COURT APPOINTED ATTORNEY**

Now comes the Defendant, Juan Guerrero, and pursuant to F.R.A.P. 24(a) hereby moves this Honorable Court to allow him to proceed on appeal in forma pauperis and for a court appointed attorney.

In support of this motion, Defendant relies upon the accompanying Affidavit.

Respectfully submitted,
Defendant, Juan Guerrero
by his attorney,

Granted:
Ronald R. Lagueux
SR USDJ 1/24/06

Matthew B. Smith

Matthew B. Smith, Esq. #4120
1209 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {fax}

**CERTIFICATION**

I, the undersigned, do hereby certify that I mailed a true copy of the enclosed Motion to Stephanie Brown, Assistant United States Attorney, 50 Kennedy Plaza, Fleet Center - 8th Floor, Providence, Rhode Island 02903 on this 19th day of January, 2006.

Irma Lucotte