UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

USA

VS.

CR NO. 05-30L

Juan Guerrero

ORDER

The government's response to the Defendant's motion to vacate is due on January 20, 2008.

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 12-19-07

BY Order:

Deputy Clerk